State, 156 Tex.Cr.R. 144, 240 S.W.2d 310 and Heath v. State, 156 Tex.Cr.R. 563, 244 S.W.2d 815.

Appellant's objections to the argument of state's counsel have been considered. The entire argument of both counsel for the state and appellant is before us. It appears that the argument to which appellant objected was either supported by the record or was invited and in reply to argument of appellant's counsel; hence, no error is shown.

We have considered appellant's other informal bills in the record and are of the opinion that they do not show error.

The judgment is affirmed.

Opinion approved by the Court.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful possession of beer for the purpose of sale in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All the proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.